UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY L. COLLIER,

    Plaintiff,

v.                                            Case No. 3:15cv41/LC/CJK

U.S. GOVERNMENT, IRS DIVISION,
*et al.*

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This action is before the court on plaintiff's Notice of Voluntary Dismissal (doc. 7). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE.

2. That all pending motions be denied as moot.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of April, 2015.

                                      /s/ *Charles J. Kahn, Jr.*
                                      **CHARLES J. KAHN, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:15cv41/LC/CJK